DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ISIDRO VILLAGOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00322 LJO |
| Plaintiff, | STIPULATION TO VACATE MOTION HEARING AND RE-SET FOR CHANGE OF PLEA; ORDER |
| v. | |
| ISIDRO VILLAGOMEZ, | DATE: May 20, 2011<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the Motion Hearing set for June 24, 2011, in the above-captioned matter, may be vacated and that the case may be re-set for change of plea on May 20, 2011, at 9:00 a.m.

The parties jointly make this request because a plea agreement has been reached.

///

///

///

///

///

///

///

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 17, 2011 | By: | /s/ Kathleen A. Servatius<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: May 17, 2011 | By: | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>ISIDRO VILLAGOMEZ |

## **O R D E R**

The existing motion hearing is vacated, and the matter is now set for change of plea on May 20, 2011, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 17, 2011**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Villagomez / Stip to Vacate Motion Hearing and
Re-set for COP and Order Thereof                2